**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 10-56152** |
| | : | |
| **CWP Construction Services, LLC,** | : | **Chapter 7** |
| **Continental Millwork Company, LLC,** | : | |
| **Nacht Holdings, LLC,** | : | **Jointly Administered with** |
| **Nacht Leasing, LLC,** | : | **Case No.       10-56161** |
| **Nacht Management, Inc.,** | : | **10-56162** |
| **Columbus Wood Products, LLC,** | : | **10-56165** |
| **Continental Wood Products, LLC,** | : | **10-56167** |
| **and 1800 Fifth Avenue Holdings, LLC** | : | **10-56168** |
| | : | **10-56169** |
| **Debtors.** | : | **10-56170** |
| | : | |
| | : | **Judge John E. Hoffman, Jr.** |

................................................................................................................................................
.

| | |
|---|---|
| **This Filing Affects:** | : |
| | : |
| ___ **All Debtors** | : |
| ___ **CWP Construction Services:** | |
| **(Case No. 10-56152)** | : |
| ___ **Continental Millwork Company** | : |
| **(Case No. 10-56161** | : |
| ___ **Nacht Holdings** | : |
| **(Case No. 10-56162)** | : |
| ___ **Nacht Leasing** | : |
| **(Case No. 10-56165)** | : |
| _X_ **Nacht Management, Inc.** | : |
| **(Case No. 10-56167)** | : |
| ___ **Columbus Wood Products, LLC** | : |
| **(Case No. 10-56168)** | : |
| ___ **Continental Wood Products, LLC** | : |
| **(Case No. 10-56169)** | : |
| ___ **1800 Fifth Avenue Holdings, LLC** | : |
| **(Case No. 10-56170)** | : |

## REPORT OF DISTRIBUTION

Now comes Sara J. Daneman, case trustee and states that this proceeding was commenced on the 21st day of May, 2010. On March 14, 2015 the Trustee filed a Motion to Distribute Funds. The Order was entered April 26, 2015. The attached Proposed Claim Distribution reflects the correct payments totaling $702,836.61 that is the balance of funds held as represented in the Motion and Order.

**WHEREFORE**, based upon the foregoing the trustee shall promptly distribute estate proceeds as set forth in the attached Exhibit: Proposed Distribution Report.

Dated: April 28, 2015

/s/ Sara J. Daneman
_____
Sara J. Daneman, Trustee
3300 Mann Road
Blacklick, OH 43004
Bar No.: 0008254
Tel. No.: (614) 337-0960

# PROPOSED CLAIM DISTRIBUTION REPORT

| **Trustee Name:** | Sara J. Daneman | | **Distribution Date:** | 04/28/2015 |
|---|---|---|---|---|
| **Case Number:** | 10-56167 | | **Distribution Amt:** | $702,836.61 |
| **Case Name:** | NACHT MANAGEMENT, INC. | | **Tax ID:** | 311277050 |
| **Claims Bar Date:** | 12/23/2010 | | **Date:** | 4/28/2015 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $702,836.61 |
| | SARA J. DANEMAN, ATTORNEY | Attorney for Trustee Expenses (Trustee Firm) | 3120-000 | $1061.34 | $1,061.34 | $0.00 | $1,061.34 | $701,775.27 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Attorney for Trustee Expenses (Trustee Firm) | | | | $1,061.34 | $1,061.34 | $0.00 | $1,061.34 | |
| | SARA J. DANEMAN, ATTORNEY | Attorney for Trustee Fees (Trustee Firm) | 3110-000 | $58187.40 | $58,187.40 | $0.00 | $58,187.40 | $643,587.87 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Attorney for Trustee Fees (Trustee Firm) | | | | $58,187.40 | $58,187.40 | $0.00 | $58,187.40 | |
| | SARA J. DANEMAN 3300 Mann Road Blacklick OH 43004 | Trustee Compensation | 2100-000 | $41163.13 | $41,163.13 | $0.00 | $41,163.13 | $602,424.74 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Compensation | | | | $41,163.13 | $41,163.13 | $0.00 | $41,163.13 | |
| | SARA J. DANEMAN 3300 Mann Road Blacklick OH 43004 | Trustee Expenses | 2200-000 | $135.20 | $135.20 | $0.00 | $135.20 | $602,289.54 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Expenses | | | | $135.20 | $135.20 | $0.00 | $135.20 | |
| 7 | UNITED STATES BANKRUPTCY COUORT 170 N. High Street Columbus OH 43215 | Clerk of the Court Costs (includes adversary and other filing fees) | 2700-000 | $543.00 | $543.00 | $0.00 | $543.00 | $601,746.54 |
| | Percent Paid: 100.00% | Notes: Court costs for two Adversary Proceedings. | | | | | | |
| Sub-Totals: Clerk of the Court Costs (includes adversary and other filing fees) | | | | $543.00 | $543.00 | $0.00 | $543.00 | |
| 3 | PNC BANK, NATIONAL ASSOCIATION c/o Brenda K. Bowers Vorys, Sater, Seymour and Pease LLP 52 East Gay Street Columbus OH 43215 | General Unsecured § 726(a)(2) | 7100-000 | $4997105.93 | $601,746.54 | $0.00 | $601,746.54 | $0.00 |
| | Percent Paid: 12.04% | Notes: The claim was reduced to reflect the proposed payment of its 363 claim in Columbus Wood Products in the amount of $184,152.11. | | | | | | |
| Sub-Totals: General Unsecured § 726(a)(2) | | | | $4,997,105.93 | $601,746.54 | $0.00 | $601,746.54 | |
| | | | **TOTALS:** | $5098196.00 | $702836.61 | $0.00 | $702,836.61 | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First Class Mail, postage prepaid or electrically this 28th day of April, 2015 on the following:

Daniel Swetnam, Esq. ( Served electronically)

UST (Served electronically)

Brenda K. Bowers, Esq.  (Served electronically)

Nacht Management, Inc.
% Five Star Accounting Services, LLC
PO Box 261164
Columbus, Ohio  43226-1164

**Page No:** 1