**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In the matter of<br><br>**NACHT MANAGEMENT, INC.**<br><br>Debtor(s) | Case No. **10-56167**<br><br>Chapter 7<br><br>Judge **John E. Hoffman** |

## REPORT OF DISTRIBUTION

    Now comes Sara J. Daneman, case trustee and states that this proceeding was commenced on the 21st day of May, 2010. On March 14, 2015 the trustee filed her Motion to Distribute Funds. After approval of the Distribution by the Court, additional funds were received.

    **WHEREFORE**, based upon the foregoing the trustee shall promptly distribute estate proceeds as set forth in the attached Exhibit: Proposed Distribution Report.

Dated: May 8, 2015
                                                         /s/ Sara J. Daneman
                                                        Sara J. Daneman, Trustee
                                                        3300 Mann Road
                                                        Blacklick, OH 43004
                                                        Bar No.: 0008254
                                                        Tel. No.: (614) 337-0960

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served electronically or by first class mail on this 8th day of May, 2015 on the following:

Daniel Swetnam  (Served ECF)

United States Trustee  ( Served ECF)

Brenda Bower, Esq.  ( Served ECF)

Nacht Management
% Five Star Accounting Service, LLC
PO Box 261164
Columbus, Ohio  43226-1164

# Claims Proposed Distribution

Sara J. Daneman, Trustee

Case: 10-56167  NACHT MANAGEMENT, INC.

| | | Case Balance: | $1,545.00 |
|---|---|---|---|
| | | Total Proposed Payment: | $1,545.00 |
| | | Remaining Balance: | $0.00 |

Report Includes ONLY Claims with a Proposed Distribution

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Sara J. Daneman | | $41,240.38 | $41,240.38 | $41,163.13 | $77.25 | $77.25 | $1,467.75 |
| 3 | PNC Bank, National Association | | $5,181,258.04 | $4,997,105.93 | $601,746.54 | $4,395,359.39 | $1,467.75 | $0.00 |
| | The claim was reduced to reflect the proposed payment of its 363 claim in Columbus Wood Products in the amount of $184,152.11. | | | | | | | |

## Case Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Claims: 0.03% | | 5,222,498.42 | $5,038,346.31 | $642,909.67 | | $1,545.00 |

| | | | | | |
|---|---|---|---|---|---|
| Page sub-total : | $5,222,498.42 | $5,038,346.31 | $642,909.67 | $4,395,436.64 | $1,545.00 |
| Grand Total : | $5,222,498.42 | $5,038,346.31 | $642,909.67 | $4,395,436.64 | $1,545.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-56167 | Trustee Name: | Sara J. Daneman |
|---|---|---|---|
| Case Name: | NACHT MANAGEMENT, INC. | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***7050 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CK |
| For Period Beginning: | 5/21/2010 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $203,837.77 | | $203,837.77 |
| 09/02/2011 | | Encore Bank | Bank Service Fee | 2600-000 | | $63.66 | $203,774.11 |
| 09/12/2011 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $67,302.00 | | $271,076.11 |
| 09/23/2011 | (16) | Manta | Payment from Manta | 1129-000 | $1,031.15 | | $272,107.26 |
| 10/03/2011 | | Encore Bank | Bank Service Fee | 2600-000 | | $399.07 | $271,708.19 |
| 11/02/2011 | | Encore Bank | Bank Service Fee | 2600-000 | | $438.50 | $271,269.69 |
| 11/09/2011 | | Encore Bank | Bank Service Fee | 2600-000 | | $5.00 | $271,264.69 |
| 11/10/2011 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $15,953.00 | | $287,217.69 |
| 12/02/2011 | | Encore Bank | Bank Service Fee | 2600-000 | | $441.92 | $286,775.77 |
| 12/21/2011 | 5001 | Myers Reese Smith & Chester | Bond Payment | 2300-003 | | $397.49 | $286,378.28 |
| 12/22/2011 | | Encore | Refund Wire Transfer Fee | 2600-000 | | ($5.00) | $286,383.28 |
| 12/29/2011 | (16) | Manta | Common stock dividend | 1129-000 | $4,115.14 | | $290,498.42 |
| 01/03/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $448.29 | $290,050.13 |
| 01/06/2012 | 5001 | VOID: Myers Reese Smith & Chester | Void of Check# 5001 | 2300-003 | | ($397.49) | $290,447.62 |
| 01/06/2012 | 5002 | Myers Reese Smith & Chester | Bond Payment | 2300-000 | | $412.59 | $290,035.03 |
| 02/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $483.58 | $289,551.45 |
| 03/01/2012 | (15) | Alternative Fund LV LLC | distribution from fund. | 1129-000 | $40,132.00 | | $329,683.45 |
| 03/01/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $5.00 | $329,678.45 |
| 03/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $437.13 | $329,241.32 |
| 03/02/2012 | | Encore Bank | Refund of wire transfer fee | 2600-000 | | ($5.00) | $329,246.32 |
| 04/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $514.19 | $328,732.13 |
| 05/01/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $5.00 | $328,727.13 |
| 05/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $530.53 | $328,196.60 |
| 05/03/2012 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $35,894.00 | | $364,090.60 |
| 05/14/2012 | (16) | Manta | Payment to Common Shares of Stock | 1129-000 | $58,434.05 | | $422,524.65 |
| 05/31/2012 | | Encore Bank | Refund of Wire charge | 2600-000 | | ($5.00) | $422,529.65 |
| 06/04/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $639.28 | $421,890.37 |
| 06/25/2012 | (12) | PNC, Sterling Private Funds Investors, Inc. | Payment from Private fund Distr. | 1129-000 | $7,500.00 | | $429,390.37 |
| 07/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $638.49 | $428,751.88 |
| 08/01/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $5.00 | $428,746.88 |
| 08/02/2012 | (15) | Alternative Fund LV LLC | Distribution payment | 1129-000 | $38,387.00 | | $467,133.88 |
| 08/02/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $714.26 | $466,419.62 |
| 08/10/2012 | (17) | Bank of America Fair Fund | Distribution from SEC administrative proceeding against Bank of America | 1129-000 | $467.27 | | $466,886.89 |
| 08/10/2012 | | Encore Bank | Bank Server Fee Credit | 2600-000 | | ($5.00) | $466,891.89 |
| 09/04/2012 | | Encore Bank | Bank Service Fee | 2600-000 | | $753.17 | $466,138.72 |
| 10/03/2012 | (2) | Sandalwood debt Fund B, L.P. | Sandalwood Debt Fund Distribution | 1123-000 | $7,087.95 | | $473,226.67 |
| | | | **SUBTOTALS** | | $480,141.33 | $6,914.66 | |

| Case No. | 10-56167 | | | Trustee Name: | Sara J. Daneman |
|---|---|---|---|---|---|
| Case Name: | NACHT MANAGEMENT, INC. | | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***7050 | | | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CK |
| For Period Beginning: | 5/21/2010 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/8/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2012 | | Cadence Bank | Service Charge | 2600-000 | | $726.08 | $472,500.59 |
| 11/06/2012 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $49,355.00 | | $521,855.59 |
| 11/06/2012 | | Cadence Bank | Service Charge | 2600-000 | | $759.44 | $521,096.15 |
| 12/05/2012 | | Cadence Bank | Service Charge | 2600-000 | | $811.74 | $520,284.41 |
| 01/02/2013 | 5003 | Myers Reese Smith & Chester | Bond Payment | 2300-000 | | $162.22 | $520,122.19 |
| 01/02/2013 | 5003 | VOID: Myers Reese Smith & Chester | | 2300-003 | | ($162.22) | $520,284.41 |
| 01/02/2013 | 5004 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $162.22 | $520,122.19 |
| 01/04/2013 | | Cadence Bank | Service Charge | 2600-000 | | $837.46 | $519,284.73 |
| 02/01/2013 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $49,853.00 | | $569,137.73 |
| 02/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $838.16 | $568,299.57 |
| 03/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $828.50 | $567,471.07 |
| 03/14/2013 | 5005 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $212.56 | $567,258.51 |
| 03/19/2013 | (13) | Stephen I. Nacht | Payment for Compromise of claim | 1141-000 | $30,000.00 | | $597,258.51 |
| 04/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $932.95 | $596,325.56 |
| 05/02/2013 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $32,405.00 | | $628,730.56 |
| 05/03/2013 | | Cadence Bank | Service Charge | 2600-000 | | $931.44 | $627,799.12 |
| 06/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,013.18 | $626,785.94 |
| 06/26/2013 | 5006 | Susan L. Rhiel, Trustee for 1800 Fifth Avenue | Administrative Claim | 2410-000 | | $1,732.63 | $625,053.31 |
| 07/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $979.03 | $624,074.28 |
| 08/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,007.46 | $623,066.82 |
| 08/07/2013 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $24,927.00 | | $647,993.82 |
| 09/05/2013 | (18) | PNC Institutional Investments | Capital Dist. | 1129-000 | $10,000.00 | | $657,993.82 |
| 09/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,045.88 | $656,947.94 |
| 10/04/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,021.97 | $655,925.97 |
| 11/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,058.62 | $654,867.35 |
| 11/07/2013 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $19,443.00 | | $674,310.35 |
| 12/05/2013 | | Cadence Bank | Service Charge | 2600-000 | | $1,053.25 | $673,257.10 |
| 01/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,086.66 | $672,170.44 |
| 01/28/2014 | 5007 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $273.49 | $671,896.95 |
| 02/05/2014 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $35,894.00 | | $707,790.95 |
| 02/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,084.79 | $706,706.16 |
| 02/07/2014 | (15) | Alternative Fund | Distribution from fund | 1129-000 | $19,941.00 | | $726,647.16 |
| 03/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,002.94 | $725,644.22 |
| 03/31/2014 | (15) | DEP REVERSE: Alternative Fund LV LLC | Reversal of wire in on 02/05/14 made in mistake. | 1129-000 | ($35,894.00) | | $689,750.22 |
| | | | **SUBTOTALS** | | $235,924.00 | $19,400.45 | |

| Case No.: | 10-56167 | Trustee Name: | Sara J. Daneman |
|---|---|---|---|
| Case Name: | NACHT MANAGEMENT, INC. | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***7050 | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CK |
| For Period Beginning: | 5/21/2010 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,113.26 | $688,636.96 |
| 04/22/2014 | (18) | PNC Institutional Investments | Distribution from fund. Check mailed to old address. | 1129-000 | $7,500.00 | | $696,136.96 |
| 05/02/2014 | (15) | Alternative Fund LV LLC | Distribution from fund. | 1129-000 | $5,982.00 | | $702,118.96 |
| 05/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,078.31 | $701,040.65 |
| 06/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,131.50 | $699,909.15 |
| 07/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,093.25 | $698,815.90 |
| 08/04/2014 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $6,481.00 | | $705,296.90 |
| 08/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,127.79 | $704,169.11 |
| 08/28/2014 | (18) | PNC Institutional Investments | Distribution from funds | 1129-000 | $7,500.00 | | $711,669.11 |
| 09/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,136.55 | $710,532.56 |
| 10/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,109.06 | $709,423.50 |
| 11/05/2014 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $2,792.00 | | $712,215.50 |
| 11/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,144.91 | $711,070.59 |
| 11/24/2014 | 5008 | Stanley J. Topy, CPA | Payment for accountant fees.. | 3410-000 | | $10,500.00 | $700,570.59 |
| 12/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $1,108.75 | $699,461.84 |
| 12/29/2014 | 5009 | INSURANCE PARTNERS AGENCY INC. | Bond Payment | 2300-000 | | $632.83 | $698,829.01 |
| 12/29/2014 | 5010 | INSURANCE PARTNERS AGENCY INC. | Bond Payment | 2300-000 | | $632.83 | $698,196.18 |
| 01/05/2015 | | Cadence Bank | Service Charge | 2600-000 | | $1,128.95 | $697,067.23 |
| 01/16/2015 | 5010 | VOID: INSURANCE PARTNERS AGENCY | Void check 5009 | 2300-003 | | ($632.83) | $697,700.06 |
| 01/30/2015 | 5011 | Mark C. Radebaugh, CPA | Accountant's Fees | 3410-000 | | $3,380.00 | $694,320.06 |
| 02/04/2015 | (15) | Alternative Fund | Distribution from fund | 1129-000 | $10,669.00 | | $704,989.06 |
| 02/05/2015 | | Cadence Bank | Service Charge | 2600-000 | | $1,126.34 | $703,862.72 |
| 03/05/2015 | | Cadence Bank | Service Charge | 2600-000 | | $1,026.11 | $702,836.61 |
| 04/03/2015 | | Cadence Bank | Service Charge | 2600-000 | | $1,134.38 | $701,702.23 |
| 04/15/2015 | | Cadence Bank | Reverse Bank Fee | 2600-000 | | ($1,134.38) | $702,836.61 |
| 04/28/2015 | 5012 | Sara J. Daneman | Trustee Compensation | 2100-000 | | $41,163.13 | $661,673.48 |
| 04/28/2015 | 5013 | Sara J. Daneman | Trustee Expenses | 2200-000 | | $135.20 | $661,538.28 |
| 04/28/2015 | 5014 | United States Bankruptcy Couort | Account Number: ; | 2700-000 | | $543.00 | $660,995.28 |
| 04/28/2015 | 5015 | SARA J. DANEMAN, ATTORNEY | Account Number: ; | 3110-000 | | $58,187.40 | $602,807.88 |
| 04/28/2015 | 5016 | SARA J. DANEMAN, ATTORNEY | Account Number: ; | 3120-000 | | $1,061.34 | $601,746.54 |
| 04/28/2015 | 5017 | PNC Bank, National Association | Account Number: ; | 7100-000 | | $601,746.54 | $0.00 |
| 05/03/2015 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $1,545.00 | | $1,545.00 |

| | | | | **SUBTOTALS** | $42,469.00 | $730,674.22 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-56167 | | Trustee Name: | Sara J. Daneman |
|---|---|---|---|---|
| Case Name: | NACHT MANAGEMENT, INC. | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***7050 | | Checking Acct #: | ******0190 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CK |
| For Period Beginning: | 5/21/2010 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $758,534.33 | $756,989.33 | $1,545.00 |
| | | | **Less: Bank transfers/CDs** | | $203,837.77 | $0.00 | |
| | | | **Subtotal** | | $554,696.56 | $756,989.33 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $554,696.56 | $756,989.33 | |

| For the period of 5/21/2010 to 5/8/2015 | | For the entire history of the account between 08/26/2011 to 5/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $554,696.56 | Total Compensable Receipts: | $554,696.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $554,696.56 | Total Comp/Non Comp Receipts: | $554,696.56 |
| Total Internal/Transfer Receipts: | $203,837.77 | Total Internal/Transfer Receipts: | $203,837.77 |
| | | | |
| Total Compensable Disbursements: | $756,989.33 | Total Compensable Disbursements: | $756,989.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $756,989.33 | Total Comp/Non Comp Disbursements: | $756,989.33 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|
| **Case No.** | 10-56167 | **Trustee Name:** | Sara J. Daneman |
| **Case Name:** | NACHT MANAGEMENT, INC. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***7050 | **Money Market Acct #:** | ******6167 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/21/2010 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 5/8/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2010 | (11) | Aurora Global Opportunities LP | Payment for holdback distribution | 1129-000 | $16,315.28 | | $16,315.28 |
| 07/29/2010 | (11) | DEP REVERSE: Aurora Global Opportunities LP | Reverse Deposit | 1129-000 | ($16,315.28) | | $0.00 |
| 07/29/2010 | (1) | PNC Bank | Surrender of funds in checking account | 1129-000 | $7,205.65 | | $7,205.65 |
| 07/29/2010 | (11) | Aurora Global Opportunities LP | Payment of holdback distribution | 1129-000 | $16,315.28 | | $23,520.93 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.11 | | $23,521.04 |
| 08/30/2010 | (12) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $59,824.00 | | $83,345.04 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.48 | | $83,346.52 |
| 09/07/2010 | | Sara J. Daneman, Trustee | Proceeds from public auction | * | $11,781.00 | | $95,127.52 |
| | {4} | | $1,032.50 | 1129-000 | | | $95,127.52 |
| | {9} | | Proceeds from public auction $10,748.50 | 1129-000 | | | $95,127.52 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $3.78 | | $95,131.30 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $4.04 | | $95,135.34 |
| 11/10/2010 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $36,892.00 | | $132,027.34 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $5.22 | | $132,032.56 |
| 12/15/2010 | 1001 | Myers Reese Smith & Chester | Bond Payment | 2300-000 | | $95.23 | $131,937.33 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $5.61 | | $131,942.94 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $5.60 | | $131,948.54 |
| 02/15/2011 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $29,912.00 | | $161,860.54 |
| 02/25/2011 | 1002 | Chris Davis | Auctioneer fees | 3610-000 | | $1,178.10 | $160,682.44 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $5.84 | | $160,688.28 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.82 | | $160,695.10 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.60 | | $160,701.70 |
| 05/18/2011 | (15) | Alternative Fund LV LLC | Distribution from fund | 1129-000 | $38,886.00 | | $199,587.70 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $8.32 | | $199,596.02 |
| 06/24/2011 | (16) | Manta | Dividend from fund | 1129-000 | $3,180.66 | | $202,776.68 |
| 06/24/2011 | (16) | Manta | Dividend from fund | 1129-000 | $1,037.23 | | $203,813.91 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $8.22 | | $203,822.13 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $8.66 | | $203,830.79 |
| 08/26/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $6.98 | | $203,837.77 |
| 08/26/2011 | | Encore Bank | Transfer Funds | 9999-000 | | $203,837.77 | $0.00 |

**SUBTOTALS** $205,111.10   $205,111.10

| **Case No.** | 10-56167 | | | **Trustee Name:** | Sara J. Daneman |
|---|---|---|---|---|---|
| **Case Name:** | NACHT MANAGEMENT, INC. | | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***7050 | | | **Money Market Acct #:** | ******6167 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 5/21/2010 | | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 5/8/2015 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $205,111.10 | $205,111.10 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $203,837.77 | |
| | | | **Subtotal** | | $205,111.10 | $1,273.33 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $205,111.10 | $1,273.33 | |

| **For the period of 5/21/2010 to 5/8/2015** | | **For the entire history of the account between 07/19/2010 to 5/8/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $205,111.10 | Total Compensable Receipts: | $205,111.10 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $205,111.10 | Total Comp/Non Comp Receipts: | $205,111.10 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,273.33 | Total Compensable Disbursements: | $1,273.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,273.33 | Total Comp/Non Comp Disbursements: | $1,273.33 |
| Total Internal/Transfer Disbursements: | $203,837.77 | Total Internal/Transfer Disbursements: | $203,837.77 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 10-56167 | **Trustee Name:** | Sara J. Daneman |
| **Case Name:** | NACHT MANAGEMENT, INC. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***7050 | **Money Market Acct #:** | ******6167 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/21/2010 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 5/8/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $759,807.66 | $758,262.66 | $1,545.00 |

| **For the period of 5/21/2010 to 5/8/2015** | | **For the entire history of the case between 05/21/2010 to 5/8/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $759,807.66 | Total Compensable Receipts: | $759,807.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $759,807.66 | Total Comp/Non Comp Receipts: | $759,807.66 |
| Total Internal/Transfer Receipts: | $203,837.77 | Total Internal/Transfer Receipts: | $203,837.77 |
| | | | |
| Total Compensable Disbursements: | $758,262.66 | Total Compensable Disbursements: | $758,262.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $758,262.66 | Total Comp/Non Comp Disbursements: | $758,262.66 |
| Total Internal/Transfer Disbursements: | $203,837.77 | Total Internal/Transfer Disbursements: | $203,837.77 |

/s/ SARA J. DANEMAN

SARA J. DANEMAN